FILED
JAN 14 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL DUANE CHANEY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. VALENZUELA, Warden,<br><br>　　　　Respondent. | Case No. CV 12-9763-DOC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: January 11, 2013

　　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　　David O. Carter
　　　　　　　　　　　　　　　　　　United States District Judge