JS - 6/ENTER

FILED
JAN 14 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRYL DUANE CHANEY,<br><br>    Petitioner,<br><br>    v.<br><br>A. VALENZUELA, Warden,<br><br>    Respondent. | Case No. CV 12-9763-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: January 11, 2013

/s/ David O. Carter
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 15 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY